UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York mutual insurance company,<br><br>            Plaintiff-in-Interpleader,<br><br>    v.<br><br>ESTATE OF WILLIAM J. BUCHNER; KATHLEEN BUCHNER; PAMELA BUCHNER HAMPSHIRE; JOSELITO CABUNAG and ASTERIA PARAMBITA BUCHNER,<br><br>            Defendants | Case No.  C10-5242RJB<br><br>ORDER GRANTING PLAINTIFF-IN-INTERPLEADER MOTION TO DISMISS NEW YORK LIFE INSURANCE COMPANY AND FOR ATTORNEY'S FEES AND COSTS |

This matter comes before the court on the above-referenced motion (Dkt. 12). The court has considered the records and files herein and all documents filed in support of the motion, including responses to the court's Order Requesting Information (Dkt. 26). (*See* Dkts. 27 & 28).

No party has filed opposition to the motion, which the court considers to be an admission that the motion has merit, pursuant to Western District of Washington Local Civil Rule 7(b)(2). It further appears to the court, and the court finds, that the fees and costs requested by the plaintiff-in-interpleader in the sum of $20,145.87, is fair and reasonable, and is well supported by the documents filed in response to the court's Order Requesting Information.

1         The court notes, however, that there may be a remaining issue between defendant-in-interpleader Kathleen Buchner and the plaintiff-in-interpleader, New York Life Insurance Company, regarding funds paid out to defendant-in-interpleader Pamela Buchner Hampshire, in the sum of $20,297.38 under Policy Number G-05393.  *See* Motion for Leave to Deposit Funds into Court Registry and for Attorney's Fees and Costs (Dkt. 12); Joint Status Report (Dkt. 21 at 3) & Answer and Interpleader Action (Dkt. 8, ¶ 8 & at 4).  The court notes, however, that no counterclaim has been filed against New York Life Insurance Company, nor is the court aware of any other proceedings regarding those funds.  In any event, the dismissal of New York Life Insurance Company, in this order, should be without prejudice to any claims against New York Life Insurance Company for monies paid out under Policy G-05393.

        Therefore, it is now

        ORDERED, ADJUDGED AND DECREED that plaintiff-in-interpleader New York Life Insurance Company is hereby DISMISSED from this action with prejudice, except that this dismissal is without prejudice to the limited issue referenced above.  It is further

        ORDERED, ADJUDGED AND DECREED  plaintiff-in-interpleader New York Life Insurance Company is awarded $20,145.87 in fees and costs.  The clerk of the court is immediately directed to disburse that amount to counsel for New York Life Insurance Company, Lane Powell PC, from the proceeds deposited in the registry of the court.

        The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

        DATED this 13th day of October, 2010.

                                            _____
                                            Robert J. Bryan
                                            United States District Judge

ORDER GRANTING PLAINTIFF-IN-INTERPLEADER MOTION TO DISMISS NEW YORK LIFE INSURANCE COMPANY AND FOR ATTORNEY'S FEES AND COSTS  - 2